

**ROTHWELL FIGG**
IP Professionals

The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562
Telephone (914) 941-5668
Facsimile  (914) 941-6091

Washington, D.C. ▪ New York ▪ Boston

January 3, 2023

**Via ECF**
Hon. Lewis J. Liman
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *FJerry, LLC v. The Clean Supps LLC*, Case No.: 1:22-CV-10076 (LJL)

Dear Judge Liman:

    We represent the Plaintiff in the above referenced matter and we are writing to submit this stipulated motion for a 30-day extension of Defendant's time to respond to the Complaint. Defendant's response was due on December 29, 2022.  The Defendant requests (and Plaintiff stipulates) that this deadline be moved to **January 30, 2023.**  This is the first request for an extension of this deadline, and this will not impact any other scheduled deadlines.

    Thank you for your consideration.

                                        Very truly yours,
                                        ROTHWELL FIGG

                                        Jeffrey A. Lindenbaum
                                        jlindenbaum@rothwellfigg.com
                                        *Counsel for Plaintiff*

CC:  Defendant (via email to Kevin Gundersen at kevin@innosupps.com)

## CERTIFICATE OF SERVICE

    I, Jeffrey A. Lindenbaum, hereby certify that on January 3, 2023, the above letter motion was served on the Defendant via email at the below email address:

Kevin Gundersen
kevin@innosupps.com

    s/ Jeffrey A. Lindenbaum