## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FJerry, LLC., <br><br>             Plaintiff, <br>     v. <br><br> The Clean Supps, LLC, <br><br>             Defendant. | Civil Action No. 22-Civ.- 10076 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff FJerry, LLC, by and through its undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the Complaint with prejudice.

                                                    Respectfully submitted,

                                                      s/ Jeffrey A. Lindenbaum
                                                    Jeffrey A. Lindenbaum JL-1971
                                                    Jess M. Collen
                                                    ROTHWELL, FIGG, ERNST & MANBECK, P.C.
                                                    The Holyoke-Manhattan Building
                                                    80 South Highland Avenue
                                                    Ossining, New York 10562
                                                    Tel. (914) 941-5668
                                                    Fax. (914) 941-6091
                                                    jlindenbaum@rothwellfigg.com
                                                    *Attorneys for Plaintiff*

Dated: January 30, 2023